IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Michael S. Williams, | ) | C.A. No. 4:15-1255-HMH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Andy Strickland, Jodie Taylor, David S. Matthews, Colleton County Sheriff's Office, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

On April 21, 2015, Magistrate Judge Thomas E. Rogers, III, ordered Plaintiff to submit items needed to render his case in proper form within twenty-one days. Additionally, the magistrate judge warned that if Plaintiff failed to comply, his case may be dismissed for failure to prosecute and failure to comply with an order. The Plaintiff has failed to comply with the magistrate judge's order. Accordingly, this case is dismissed without prejudice. See Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a plaintiff fails to comply with an order of the court); see also Ballard v. Carlson, 882 F.2d 93, 95 (4th Cir. 1989) (dismissal with prejudice appropriate where warning given).

Therefore, it is

**ORDERED** that the Plaintiff's complaint is dismissed without prejudice.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

June 23, 2015
Greenville, South Carolina