AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Michael S. Williams | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    4:15-cv-1255-HMH |
| Andy Strickland, Jodie Taylor, David S. Matthews and Colleton County Sheriff's Office | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge.

Date:   June 23, 2015                                              *CLERK OF COURT*

                                                                    s/Debbie Stokes
                                                              _____
                                                               *Signature of Clerk or Deputy Clerk*